Philip A. Fant (SBN 154600)
P.O. Box 695
Kentfield, CA 94914
Telephone: (415) 747-8787
Facsimile: (415) 532-2501
pfant@fantlaw.com
Attorney for Plaintiff,
AGCS Marine Insurance Company

Gregg S. Garfinkel, Esq. S.B. #156632
ggarfkinkel@stonedeanlaw.com
Stone Dean LLP
21600 Oxnard St., Upper Lobby-Suite 200
Tel: (818) 999-2232
Fax: (818) 999-2269
Attorneys for Defendant,
BNSF Railway Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, <br><br> Defendant. | Case No. 1:19-CV-00265-AWI-SAB <br><br> **ORDER TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA** |

Noting that this action was removed to this Court from the Superior Court of California, County of Merced, on February 22, 2019, pursuant to a notice of removal filed on that date by counsel for defendant BNSF Railway Company, and considering the subsequently filed stipulation of both defendant BNSF Railway Company and plaintiff AGCS Marine Insurance Company that the action should be remanded forthwith back to the Superior Court of California, County of Merced,

IT IS HEREBY ORDERED that this action is hereby REMANDED back to the Superior Court of California, County of Merced, and the Clerk is directed to effect the remand forthwith.

IT IS SO ORDERED.

Dated: March 13, 2019

_____
SENIOR DISTRICT JUDGE

ORDER TO REMAND-PAGE 2